**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| YC RUBBER CO. (NORTH AMERICA) LLC AND SUTONG TIRE RESOURCES, INC., <br><br>　　　　Plaintiffs, <br><br>　　　　and <br><br>MAYRUN TYRE (HONG KONG) LIMITED AND ITG VOMA CORPORATION, <br><br>　　　　Consolidated Plaintiffs, <br><br>　　　　v. <br><br>UNITED STATES, <br><br>　　　　Defendant. | Before: Mark A. Barnett, Chief Judge <br> Consol. Court No. 19-00069 |

## JUDGMENT

These consolidated cases having been duly submitted for decision, and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision, it is hereby:

**ORDERED** that the U.S. Department of Commerce's final results in the second administrative review of the antidumping duty order on passenger tires from China, *see Certain Passenger Vehicle and Light Truck Tires From the People's Republic of China*, 84 Fed. Reg. 17,781 (Dep't Commerce Apr. 26, 2019) (final results of antidumping duty admin. rev. and final determination of no shipments; 2016–2017), ECF No. 24-4, as amended by each of the Final Results of Redetermination Pursuant to Court Remand, ECF Nos. 78-1, 112-1, and 144-1, are **SUSTAINED**; and it is further

Consol. Court No. 19-00069                                                                                              Page 2

      **ORDERED** that the subject entries must be liquidated in accordance with the final court decision, including all appeals, as provided for in section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2018).

                                      /s/      Mark A. Barnett
                                  Mark A. Barnett, Chief Judge

Dated: March 04, 2026
       New York, New York